ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
554 Bloomfield LLC ) ASBCA No. 58819
)
Under Contract No. DACA51-5-10-213 )

APPEARANCE FOR THE APPELLANT: Ms. Wendy Bond
Managing Member

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Lorraine C. Lee, Esq.
District Counsel
U.S. Army Engineer District, New York

ORDER OF DISMISSAL

By order dated 7 January 2015, the Board dismissed this appeal without prejudice pursuant to Board Rule 18(b). The order stated that unless either party or the Board acted to reinstate the appeal within one year, the dismissal would be deemed with prejudice. By letter dated 19 October 2015, appellant requested the dismissal without prejudice be continued through 31 March 2016. The government does not object to appellant's request.

Accordingly, this appeal was reinstated to the Board's docket and is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal by 31 March 2016, the dismissal shall be deemed with prejudice.

Dated: 12 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58819, Appeal of 554 Bloomfield LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals